## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )   CIVIL ACTION NO. 06-1624 (SEC)
)
PUERTO RICO AQUEDUCT AND )
SEWER AUTHORITY )
)
and )
)
THE COMMONWEALTH OF )
PUERTO RICO, )
)
Defendants. )

## COMPLAINT

1. The United States of America, by the authority of the Attorney General of the United States and through the undersigned attorneys, acting at the request of the Administrator of the United States Environmental Protection Agency ("EPA"), files this Complaint and alleges as follows:

### NATURE OF ACTION

2. This is a civil action brought pursuant to Sections 309(b) and (d) of the Clean Water Act (the "Act"), 33 U.S.C. §§ 1319(b) and (d), for injunctive relief and civil penalties against the Puerto Rico Aqueduct and Sewer Authority ("PRASA") and the Commonwealth of Puerto Rico ("Commonwealth") (collectively, "defendants"). Specifically, PRASA has discharged pollutants in violation of Section 301(a) of the Act, 33 U.S.C. §1311(a), and has violated and continues to violate certain terms and conditions of National Pollutant

Discharge Elimination System ("NPDES") permits issued to it by EPA pursuant to Section 402

of the Act, 33 U.S.C. §1342, for at least 59 of PRASA's waste water treatment plants

("WWTPs"), the terms of which also apply to the collection systems appurtenant to all such

facilities.

## JURISDICTION AND VENUE

3.     This Court has jurisdiction over the subject matter of this action and the

parties pursuant to Section 309(b) of the Act, 33 U.S.C. §1319(b), and 28 U.S.C. §§1331, 1345

and 1355.  This Court has personal jurisdiction over both the Commonwealth of Puerto Rico and

PRASA because PRASA is a government agency or commission established by the

Commonwealth of Puerto Rico, which pursuant to the Laws of Puerto Rico, Annotated Tile 22, §

141, *et seq.*, as amended, can sue and be sued in its own capacity.

4.     Venue is proper in this judicial district pursuant to Section 309(b) of the

Act, 33 U.S.C. §1319(b), and 28 U.S.C. §§1391(b) and 1395 because PRASA is located, and the

alleged violations occurred, in this judicial district.

## PARTIES

5.     Plaintiff is the United States of America, acting by the authority of the

Attorney General and on behalf of the Administrator of the EPA.

6.     Defendant PRASA is a public corporation and an autonomous

governmental instrumentality of the Commonwealth of Puerto Rico, organized and existing

under the Laws of Puerto Rico, P.R. Ann., title XXII, §144 (1983), and is a "municipality" within

the meaning of Section 502(4) of the Act, 33 U.S.C. §1362(4).

7.     The Commonwealth of Puerto Rico is defined as a "State" pursuant to

2

Section 502(3) of the Act, 33 U.S.C. §1362(3), and is joined as a defendant in this action

pursuant to Section 309(e) of the Act, 33 U.S.C. §1319(e).  Notice of the commencement of this

action has been provided to the Commonwealth of Puerto Rico pursuant to Section 309 of the

Act, 33 U.S.C. §1319.

      8.     PRASA is the named permittee for each of the NPDES permits governing

the WWTPs and appurtenances at which the violations herein are alleged.

      9.     At all times relevant to this Complaint, PRASA has owned and/or

operated and continues to own and operate the WWTPs and collection system facilities

appurtenant thereto at which the Clean Water Act violations alleged in this Complaint occurred.

## STATUTORY AND REGULATORY BACKGROUND

      10.     Section 301(a) of the Act, 33 U.S.C. §1311(a), prohibits the

discharge of any pollutants except in compliance with the requirements of that section and as

authorized by, and in compliance with, a NPDES permit issued pursuant to the permit issuing

authority provided for in Section 402 of the Act, 33 U.S.C. §1342.

      11.     Section 301(b)(2)(E) of the Act, 33 U.S.C. § 1311(b)(2)(E), requires that

in order to carry out the objectives of the Act there shall be achieved no later than July 1, 1984,

effluent limitations for categories and classes of point sources which require application of the

best conventional pollution control technology.

      12.     Section 502 of the Act, 33 U.S.C. § 1362, defines the term "discharge of a

pollutant" as: "[A]ny addition of any pollutant to navigable waters from any point source . . . ."

      13.     Section 502 of the Act, 33 U.S.C. § 1362, defines the term "pollutant" to

include, *inter alia*, sewage, biological materials, and industrial, municipal and agricultural waste.

14.     Section 502 of the Act, 33 U.S.C. § 1362, defines the term "navigable waters" as the waters of the United States, including its territorial seas.

15.     Part 122 of the 40 Code of Federal Regulations ("C.F.R."), promulgated under the Act to regulate the NPDES permit program, defines "waters of the United States," in relevant part, to include "[a]ll waters which are currently used, were used in the past, or may be susceptible to use in interstate or foreign commerce, including all waters which are subject to the ebb and flow of the tide," and tributaries to such waters.  40 CFR § 122.2(a) & (e).

16.     Section 502 of the Act, 33 U.S.C. § 1362, defines the term "point source" as any discernible, confined and discrete conveyance, including, but not limited to, any ditch, channel, tunnel, conduit, well, or discrete fissure from which pollutants may be discharged.

17.     Section 402(a) of the Act, 33 U.S.C. § 1342(a), provides that the Administrator of the EPA ("Administrator") may issue a NPDES permit that authorizes the discharge of pollutants into waters of the United States, provided that all discharges meet the applicable requirements of Section 301 of the Act, 33 U.S.C. § 1311, or such other conditions as the Administrator determines are necessary to carry out the provisions of the Act.  Such permits designate the point of discharge and include effluent limitations, monitoring and reporting requirements, as well as operating and maintenance requirements.

18.     Section 402(a)(2) of the Act, 33 U.S.C. § 1342(a)(2), provides that EPA shall prescribe conditions for such permits to assure compliance with the requirements of Section 402(a)(1), including conditions on data and information collection, reporting, and such other requirements as EPA deems appropriate.

19.     Pursuant to 40 C.F.R. § 122.41(e), a standard condition in all NPDES

4

permits, including each NPDES permit governing each facility at which a violation is alleged herein, states that the permittee shall at all times properly operate and maintain all facilities and systems of treatment and control (and related appurtenances) which are installed or used by the permittee to achieve compliance with the conditions of the permit.

20.     Section 402(i) of the Act, 33 U.S.C. § 1342(i), states that nothing in Section 402 of the Act shall limit the authority of EPA to take enforcement action pursuant to Section 309 of the Act, 33 U.S.C. § 1319.

21.     Section 402(k) of the Act, 33 U.S.C. § 1342(k), provides that conforming with a Section 402 permit shall be deemed compliance with Section 301 for the purposes of satisfying Section 309 of the Act.

22.     Sections 309(a)(3), (b) and (d) of the Act, 33 U.S.C. §§ 1319(a)(3), (b) and (d), authorize the Administrator to commence a civil action for injunctive relief and for civil penalties for each violation of Section 301 of the Act, 33 U.S.C. § 1311, or any permit condition or limitation implementing, *inter alia*, Section 301 of the Act, 33 U.S.C. § 1311, and contained in a permit issued under Section 402 of the Act, 33 U.S.C. § 1342.

## GENERAL ALLEGATIONS

23.     PRASA is a "person" within the meaning of the Section 502(5) of the Act, 33 U.S.C. §1362(5).

24.     Each of PRASA's WWTPs identified in Attachments 1, 2 and 3 to this Complaint are "publicly owned treatment works" as defined in 40 C.F.R. 122.2.

25.     Each of PRASA's WWTPs identified in Attachments 1, 2 and 3 to this Complaint are "point sources" which "discharge pollutants" into "navigable waters," all

within the respective definitions provided in § 502(14), (12), and (7) of the Act, 33 U.S.C. § 1362(14), (12) and (7).

26.     Each of the WWTPs listed in Attachments 1, 2 and 3 to this Complaint is operated pursuant to a NPDES permit issued by EPA under authority of Section 402(a) of the Act, 33 U.S.C. § 1342(a), and the terms of such permits were and are in full force and effect during the relevant time period of the violations alleged herein.

27.     PRASA was and is the named permittee during the relevant time period for each of the NPDES permits authorizing discharges from the WWTP facilities identified in Attachments 1, 2 and 3 to this Complaint, although certain of its operational responsibilities have been and are currently being delegated by contract to other entities during the relevant time period.

28.     Each of the NPDES permits issued to PRASA by EPA sets effluent limitations, establishes proper operation and maintenance requirements and prescribes discharge outfall locations, for each of the permitted WWTP facilities identified in Attachments 1, 2 and 3 to this Complaint.

## FIRST CLAIM FOR RELIEF

## NPDES PERMIT EFFLUENT VIOLATIONS

29.     The allegations set forth in Paragraphs 2 through 28 are incorporated herein by reference.

30.     PRASA has owned and/or operated, and continues to own and/or operate, at least the following WWTPs:  Adjuntas, located at the end of Canas Street, Adjuntas; Aguadilla Regional, located at State Road 115, Km. 25, Aguada; Aguas Buenas, located at State Road 173,

6

Km. 0.1, Aguas Buenas; Aibonito, located at Antioquia Street, Aibonito; Alturas De Orocovis,

located at State Road 568, Km. 1.0, Orocovis; Arecibo Regional, located at State Road 681, Km.

2, Arecibo; Barceloneta Regional, located at State Road 684, Km. 3.7, Barceloneta; Barranquitas,

located at State Road 719, Km 0.2, Barranquitas; Bayamon Regional, located at Sabana Seca

Avenue, Cataño; Boqueron, located at State Road 307, Km. 7.6, Cabo Rojo; Borinquen Rural,

located at State Road 765, Km. 2.9, Caguas; Caguas Regional, located at State Road 796, Km.

6.6, Caguas; Camuy, located at State Road 485, Km. 3.5, Camuy; Carolina Regional, located at

State Road 187, Km. 16.5, Loiza; Cayey, located at State Road 171, Km. 5.7, Cidra; Ceiba,

located at State Road 3 Km. 53.2, Ceiba; Ciales, State Road 146, Km. 27.2, Ciales; Comerio,

located at State Road 167, Km. 0.6, Comerio; Corozal, located at State Road 818, Km. 0.9,

Corozal; Dorado, located at State Road 693, Km. 5.6, Dorado; El Torito, located at State Road

735, Cayay; Fajardo, located at State Road 941, Fajardo; Guanica, located at Yaguer Street,

Guanica; Guayama Regional, located at State Road 710, Guayama; Guayanilla, located at Munoz

Riviera Street, Guayanilla; Humacao Regional, located at State Road 3, Km. 77.2, Humacao;

Isabela, located at State Road 466, Isabela; Jayuya, located at State Road 144, Km. 20, Jayuya;

Juncos, located at Delfaus Street, Juncos; Lajas, located at State Road 101, Km. 2.4, Lajas; Lares,

located at State Road 452, Lares; Las Marias, located at State Road 119, Km. 27.4, Las Marias;

Luquillo (Brisas Del Mar), located at State Road 3, Km. 30.1, Luquillo; Maricao, located at State

Road 357, Km. 2, Maricao; Maunabo, located at State Road 3, Km. 106.3, Maunabo; Mayaguez

Regional, located at State Road 2, Mayaguez; Morovis, located at State Road 155, Km. 5.0,

Morovis; Naranjito, located at State Road 164, Km. 5.3, Naranjito; Orocovis, located at State

Road 155, Km. 28.7, Orocovis; Patillas, located at State Road 3, Km. 126.5, Patillas; Penuelas,

located at State Road 132, Km. 12.4, Penuelas; Ponce Regional, located at State Road 2, Ponce;

Puerto Nuevo Regional, located at Road 2, Km. 2, J.F. Kennedy Ave., San Juan; Rio Grande

Estates, located at State Road 3, Km. 280, Rio Grande; Sabana Grande, located at State Road 2,

Km. 182.6, Sabana Grande; San German, located at State Road 360, Km. 1.4, San German; San

Lorenzo, located at State Road 183, Km. 9.5, San Lorenzo; San Sebastian (New), located at

Route 125, San Sebastian; San Sebastian (Old), located at State Road 109, Km. 29, San

Sebastian; Santa Isabel, located at State Road 538, Km. 0.5, Santa Isabel; Toa Alta, located at

State Road 676, Km. 1.8, Toa Alta; Toa Alta Heights, located on 29th Street, Toa Alta; Unibon,

located at State Road 159, Km. 15.9, Morovis; Utuado, located at State Road 10, Km. 50.5,

Utuado; Vega Alta, located at State Road 690, Km. 2, Vega Alta; Vega Baja, located at State

Road 3, Km. 83.6, Vega Beja; Vieques, located at State Road 993, Km. 2.5, Vieques; Yabucoa,

located at State Road 901, Km. 0.1, Yabucoa; Yauco, located at State Road 335, Km. 1.1, Yauco.

31.     There has been one or more discharge(s) of a pollutant in excess of the

interim and/or final effluent limits prescribed in the NPDES permits for each of the above-listed

WWTPs.  Representative examples of NPDES permit exceedences for each PRASA facility

during the relevant time period are set forth with more specificity in Attachment 1 to this

Complaint, which Attachment is incorporated herein by reference.

32.     Each discharge of a pollutant in excess of an effluent limitation contained

in a PRASA NPDES permit for each of the WWTPs listed above in Paragraph 30 constitutes a

violation of the permit and Section of 301 of the Act, 33 U.S.C. § 1311.

33.     On each day that PRASA violated more than one of the effluent

limitations contained in its NPDES permits, each exceedance of an effluent limitation constitutes

a separate violation of the Permit and of Section 301 of the Act, 33 U.S.C. § 1311.

34.     Each violation of effluent limitations calculated for weekly averages (over the course of seven (7) days) constitutes seven (7) separate days of violation of the applicable permit and of Section 301 of the Act, 33 U.S.C. § 1311.

35.     Each violation of effluent limitations calculated for monthly averages (over the course of thirty (30) days) constitutes thirty (30) separate days of violation of the applicable permit and of Section 301 of the Act, 33 U.S.C. § 1311.

36.     Unless restrained by this Court, PRASA will continue to violate the effluent limits contained in each of its NPDES permits for the WWTPs listed above in Paragraph 30.

37.     Pursuant to Section 309(b) and (d) of the Act, 33 U.S.C. § 1319(b) and (d), and the Debt Collection Improvement Act of 1996, PRASA is liable for injunctive relief and civil penalties of up to $27,500 per day for each violation of its permits occurring after January 30, 1997, and up to $32,500 per day for each violation occurring after March 15, 2004.

## SECOND CLAIM FOR RELIEF

## OPERATION AND MAINTENANCE VIOLATIONS

38.     The allegations set forth in Paragraphs 2 through 37 are incorporated herein by reference.

39.     PRASA has owned and/or operated, and continues to own and/or operate the WWTPs listed in Paragraph 30, and the following WWTPs: La Parguera WWTP, located at Municipal Road 304 KM 3.3, Lajas; and Playa Santa, located in Guanica.

40.     Inspections were conducted by EPA technical personnel at each of the

9

above-listed WWTPs from approximately September 2003 through April 2004, the findings of which are summarized in Attachment 2 hereto, which Attachment is incorporated herein by reference.   The inspections reveal numerous instances of PRASA's failure to properly operate and maintain each of the WWTPs, and related appurtenances, listed in Paragraphs 30 and 39, in the manner required by PRASA's applicable NPDES permits and 40 C.F.R. § 122.41(e).

41.     Each operation and maintenance deficiency at each of the WWTPs listed in Paragraphs 30 and 39 constitutes a failure to satisfy a condition or limitation of the applicable NPDES permit for each such WWTP, as required by 40 CFR § 122.41(e) and in violation of Section 301(a) of the Act, 33 U.S.C. § 1311(a).

42.     Unless restrained by this Court, PRASA will continue to violate the conditions and/or limitations contained in its NPDES permits for the WWTPs listed in Paragraphs 30 and 39.

43.     Pursuant to Section 309(b) and (d) of the Act, 33 U.S.C. § 1319(b) and (d), and the Debt Collection Improvement Act of 1996, PRASA is liable for injunctive relief and civil penalties of up to $27,500 per day for each violation of its permits occurring after January 30, 1997, and up to $32,500 per day for each violation occurring after March 15, 2004.

## THIRD CLAIM FOR RELIEF

## UNLAWFUL DISCHARGE VIOLATIONS

44.     The allegations set forth in Paragraphs 2 through 43 are incorporated herein by reference.

45.     PRASA has owned and/or operated, and continues to own and/or operate, at least the following WWTPs: Aguadilla Regional, located at State Road 115, Km. 25, Aguada;

10

Bayamon Regional, located at Sabana Seca Avenue, Cataño; Isabela, located at State Road 144, Km. 20, Jayuya; Juncos, located at Delfaus Street, Juncos; La Parguera, located at Municipal Road 304 KM 3.3, Lajas; San Sebastian (New), located Route 125, San Sebastian; and Unibon, located at State Road 159, Km. 15.9, Morovis.

46.    The WWTP collection system listed in Paragraph 45 and listed in Attachment 3 hereto is a "related appurtenance," within the meaning of 40 CFR § 122.41(e), to the WWTP to which such collection system is tributary, and is required to be operated in accordance with and so as to achieve compliance with each condition and limitation of the NPDES permit issued under Section 402 of the Act, 33 U.S.C. § 1342, for that WWTP.  Each collection system relevant to this Claim for Relief is identified in Attachment 3 hereto, which Attachment is incorporated herein by reference, and is an appurtenance of one of the WWTPs listed above in Paragraph 45. Based on EPA inspections and/or reports to EPA by PRASA, at all relevant times, the collection systems appurtenant to the WWTPs identified in Attachment 3 hereto discharged and may continue to discharge raw sewage, including but not limited to fecal coliform, oil and grease, metals and other "pollutants" within the meaning of Section 502(6) of the Act, 33 U.S.C. § 1362 (6), at locations other than those authorized by an applicable NPDES permit for such WWTPs, into waters of the United States, in violation of Sections 301(a) and 402 of the Act, 33 U.S.C. §§ 1311(a) and 1342.

47.    Based on EPA inspections and/or reports to EPA by PRASA, the discharges of pollutants alleged herein are unpermitted discharges in violation of Sections 301 and 402 of the Clean Water Act, 33 U.S.C. §§ 1311, 142,  and a result of PRASA's failure properly to operate and maintain the identified WWTPs so as to achieve compliance with an

11

applicable NPDES permit, in violation of Sections 301(a) and 402 of the Act, 33 U.S.C. §§ 1311(a) and 1342.

48.     Unless restrained by this Court, PRASA will continue to discharge pollutants from PRASA's WWTPs and appurtenances thereto, for the WWTPs listed in Paragraph 45, into the waters of the United States at locations other than those authorized by an applicable NPDES permit for each such WWTP to which the collection system is appurtenant in violation of Section 301(a) of the Act, 33 U.S.C. § 1311(a).

49.     Unless restrained by this Court, PRASA will continue to fail to properly operate and maintain those WWTPs and appurtenances in violation of the conditions and limitations contained in an applicable NPDES permit for each such WWTP and appurtenant collection system in violation of Section 301(a) of the Act, 33 U.S.C. § 1311(a).

50.     Pursuant to Section 309(b) and (d) of the Act, 33 U.S.C. § 1319(b) and (d), and the Debt Collection Improvement Act of 1996, PRASA is liable for injunctive relief and civil penalties of up to $27,500 per day for each unpermitted discharge from its WWTPs as alleged in Paragraphs 45 through 50 herein and Attachment 3 hereto, and for each violation of the conditions and limitations of its applicable NPDES permits occurring after January 30, 1997, and up to $32,500 per day for each violation occurring after March 15, 2004.

## PRAYER FOR RELIEF

WHEREFORE, the United States of America prays that:

1.     PRASA be assessed, pursuant to Section 309(d) of the Act, 33 U.S.C. § 1319 (d) and the Debt Collection Improvement Act of 1996, for each discharge of a pollutant in excess of the interim and/or final effluent limits prescribed in the NPDES permits for each of the

WWTPs as alleged in paragraphs 29 through 37 herein and in Attachment 1 hereto, civil penalties of up to $27,500 per day for each violation of its NPDES permits occurring after January 30, 1997, and up to $32,500 per day for each violation occurring after March 15, 2004, up to the date of judgment herein.

2.      PRASA be assessed, pursuant to Section 309(d) of the Act, 33 U.S.C. § 1319 (d) and the Debt Collection Improvement Act of 1996, for each violation of the operation and maintenance provision of each NPDES permit applicable to each of the WWTPs and appurtenances thereto, as alleged in paragraphs 38 through 43 herein and Attachment 2 hereto, civil penalties of up to $27,500 per day for each violation of its permits occurring after January 30, 1997, and up to $32,500 per day for each violation occurring after March 15, 2004, up to the date of judgment herein.

3.      PRASA be assessed, pursuant to Section 309(d) of the Act, 33 U.S.C. § 1319 (d) and the Debt Collection Improvement Act of 1996, for each unlawful discharge of a pollutant into waters of the United States as alleged in paragraphs 44 through 51 herein and Attachment 3 hereto, civil penalties of up to $27,500 per day for each violation of its permits occurring after January 30, 1997, and up to $32,500 per day for each violation occurring after March 15, 2004, up to the date of judgment herein.

4.      PRASA be permanently enjoined, pursuant to Section 309(b) of the Act, 33 U.S.C. § 1319 (b), from any and all future violations of the Act and from discharges of pollutants except as authorized by its NPDES permits under Section 402 of the Act, 33 U.S.C. §1342, and ordered immediately to formulate and implement a plan to remedy such deficiencies to bring PRASA's WWTPs into compliance with the Act.

5.     PRASA be ordered to immediately (a) assess the operational status of each collection system appurtenant to its WWTPs throughout Puerto Rico to identify deficiencies which lead to unlawful discharges of untreated sewage; and (b) formulate a plan to remediate such deficiencies with the goal of promptly bringing the collection systems into compliance with the terms and conditions of each collection system's applicable NPDES permit, the Clean Water Act and regulations promulgated thereunder.

6.     PRASA be ordered to reimburse the United States for the costs and disbursements of this action.

7.     This Court grant the United States such other and further relief as it deems just and proper.

Dated: _6/22_ _2006_

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources
Division

PATRICIA A. MCKENNA
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources
Division
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C.  20044-7611
(202) 616-517

14

ROSA EMILIA RODRIGUEZ-VELEZ

United States Attorney
District of Puerto Rico

ISABEL MUÑOZ-ACOSTA
Assistant United States Attorney
USDC-PR #128302
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
(787) 766-5656

OF COUNSEL:

PHYLLIS FEINMARK
DIANE GOMES
Assistant Regional Counsel
Office of Regional Counsel
United States Environmental
Protection Agency

15



| Wastewater Treatment Plant NPDES Permit Number / Plant Location | DMR Mo./Yr. | NPDES PERMIT VIOLATIONS BY PARAMETER |
|---|---|---|
| ADJUNTAS    PR0020214 | 1/04 | Color, Flow, Residual Chlorine |
| End of Canas Street, Adjuntas | 8/05 | Flow MGD, Residual Chlorine |
| AGUADILLA REGIONAL    PR0023736 | 3/04 | Phenolics Substances, Total Residual Chloride |
| State Road 115, Km. 25, Aguada | 8/05 revised results 9/05 | Cyanide |
| AGUAS BUENAS    PR0020273 | 2/04 | Copper, Phenolics, Phosphorus, Cyanide, Fecal Coliform, Total Coliform, Fecal Coliform Percent |
| State Road 173, Km. 0.1, Aguas Buenas | | |
| AIBONITO    PR00025461 | 3/04 | Color, BOD kg/day Loading Month Avg., BOD mg/1 Month Avg., Nitrite Plus Nitrate, Phosphorus, Arsenic, Copper, Phenolics, Ammonia, Zinc, Surfactants, Ammonia |
| Antioquia Street, Aibonito | 8/05 | Color, BOD (monthly average - mg/l), Nitrate & Nitrate, Phosphorus, Arsenic, Copper, Phenolics, Mercury, Surfactants, Ammonia |
| ALTURAS DE OROCOVIS    PR0023001 | 1/04 | Coliform Total, Residual Chlorine |
| State Road 568, Km. 1.0, Orocovis | 8/05 | Coliform Total # 100ML, Flow MGD, Residual Chlorine |

| Wastewater Treatment Plant NPDES Permit Number / Plant Location | DMR Mo/Yr | NPDES PERMIT VIOLATIONS BY PARAMETER |
|---|---|---|
| ARECIBO REGIONAL   PR0023710 | 1/04 | Nitrogen Total |
| State Road 681, Km. 2, Arecibo | 3/05 | Nitrogen Total |
| BARCELONETA REGIONAL   PR0021237 | 1/04 | Turbidity NTU, Nitrogen Inorganic, Phenolics, Barium, Chromium, Iron, Silver, Selenium, Zinc, Total Coliform, Fecal Coliform |
| State Road 684, Km. 3.7, Barceloneta | 7/05 | Phenolics, Fecal Coliform, Total Coliform |
| BARRANQUITAS   PR0025861 | 1/04 | Phosphorus, Residual Chlorine |
| State Road 719, Km. 0.2, Barranquitas | 8/05 | Phosphorus, Residual Chlorine, Flow MGD |
| BAYAMON REGIONAL   PR0023728 | 5/04 | Oil & Grease Avg, Effluent Copper, Chlorine Residual, Flow Monthly Average, Flow Daily Max. |
| Sabana Seca Avenue, Cataño | 7/05 | Oil & Grease (Average mg/l), Copper, Surfactants, Flow MGD |
| BOQUERON   PR0023442 | 1/04 | Residual Chlorine, Fecal Coliform, Ph, Phenolics, Mercury, Arsenic, Copper, Lead, Manganese, Zinc |
| State Road 307, Km. 7.6, Cabo Rojo | 8/05 | Residual Chlorine, Phenolics, Flow, Fecal Coliform, Turbidity, Dissolved Oxygen, PH |

| Wastewater Treatment Plant NPDES Permit Number / Plant Location | DMR Mo/Yr | NPDES PERMIT VIOLATIONS BY PARAMETER |
|---|---|---|
| BORINQUEN RURAL   PR0025101 State Road 765, Km. 2.9, Caguas | 1/04 | Color, Phosphorus, MBAS, BOD Percent Removal, TSS Percent Removal |
| CAGUAS REGIONAL   PR0025976 State Road 796, Km. 6.6, Caguas | 5/04 8/05 | Cyanide, Manganese, Copper, Flow Total Phosphorus, Flow MGD (Failed to Report for Total Copper, Lead and Zinc Phenolics, Manganese, Arsenic, Copper, Ammonia, Flow MGD |
| CAMUY   PR0023744 State Road 485, Km. 3.5, Camuy | 1/04 | Chlorine, Copper, Cyanide, Turbidity, BOD, TSS, Phenolics, Nitrogen Inorganic |
| CAROLINA REGIONAL   PR0023752 State Road 187, Km. 16.5, Loiza 00772 | 2/04 11/05 | Oil & Grease, Oil & Grease, Zinc, Phenolics, Surfactants, Mercury Oil & Grease (daily average) Nitrogen inorganic, Arsenic, Barium, Cadmium, Copper, Lead, Manganese, Thallium, Nickel, Silver, Zinc, Antamony, Selenium, Phenolics substances, Surfactants, Mercury , %TSS |

| Wastewater Treatment Plant NPDES Permit Number / Plant Location | DMR Mo/Yr. | NPDES PERMIT VIOLATIONS BY PARAMETER |
|---|---|---|
| CAYEY   PR0025356 | 1/04 | Color, BOD Loading, BOD Month Avg, TSS Loading Month Avg., TSS Loading Weekly Avg., TSS Month Avg., TSS Weekly Avg., TSS Percent Removal, Phosphorus, Cadmium, Copper, Manganese, Zinc, Phenolics, Surfactants, Ammonia |
| State Road 171, Km. 5.7, Cidra | 8/05 | Color, BOD, loading (monthly average Kg/day), BOD monthly average (mg/l), Cadmium, TSS loading monthly average (kg/day), Copper, TSS monthly average (mg/l), TSS % removed, Manganese, Silver, Zinc, Phenolics, Surfactants, Phosphorus, Mercury, Lead, Ammonia, Residual Chlorine, Flow MGD |
| CEIBA   PR0020419 | 1/04 | Residual Chlorine, Phosphorus |
| State Road 3, Km. 53.2, Ceiba | 8/05 | Residual Chlorine, Phenolics, Copper, Nitrate & Nitrate, Mercury |
| CIALES   PR0020427 | 12/03 | Residual Chlorine, Mercury, Phenolics, Fecal Coliform, BOD Percent Removal |
| State Road 146, Km. 27.2, Ciales | 8/05 | Residual Chlorine, Phenolics, Mercury, Cyanide |
| COMERIO   PR0025658 | 1/04 | Cyanide, Arsenic, Copper, Phenolics, Mercury |
| State Road 167, Km. 0.6, Comerio | 8/05 | BOD (monthly average/ mg/l), Arsenic, Lead, Copper, Phenolics, Ammonia, % Fecal Coliforms, Fecal Coliforms  (30 day average), Total Coliforms (daily average) |

| Wastewater Treatment Plant NPDES Permit Number / Plant Location | DMR Mo/Yr | NPDES PERMIT VIOLATIONS BY PARAMETER |
|---|---|---|
| COROZAL   PR0020451 | 1/04 | Residual Chlorine, Phosphorus, Phenolics, Cyanide, Nitrate & Nitrite, Color, Mercury, Copper |
| State Road 818, Km. 0.9, Corozal | 8/05 | Phenolics, Cyanide, Ammonia unionized % Coliform Fecal, Coliform Total GEO, Coliform Fecal GEO, Copper, Mercury, Residual Chlorine, Flow MGD |
| DORADO   PR0020460 | 2/04 | Residual Chlorine, Phenolics, Turbidity, Silver, Copper, Zinc, Cyanide |
| State Road 693, Km. 5.6, Dorado | 8/05 | Cyanide, Copper, Surfactants, Mercury, Phenolic substances, Residual Chlorides, DO(mg/l) (Phenolics) |
| EL TORITO   PR0023779 | 1/04 | Color, Phosphorus, Total Coliforms, Residual Chlorine Daily Max. |
| State Road 735, Cayay | 10/05 | Color, Phosphorus, Residual Chlorine |
| FAJARDO   PR0021709 | 12/03 | Copper, BOD, Surfactants, Ammonia, Residual Chlorine, Flow MGD |
| State Road 941, Fajardo | 2/05 | Residual Chlorine, Flow MGD, BOD, Surfactants, Ammonia |
| GUANICA   PR0020486 | 2/04 | Flow MGD |
| Yaguer Street, Guanica | 8/05 | Nitrogen, Oil & Grease, Arsenic, Copper |

| Wastewater Treatment Plant / NPDES Permit Number / Plant Location | DMR Mo/Yr | NPDES PERMIT VIOLATIONS BY PARAMETER |
|---|---|---|
| GUAYAMA REGIONAL   PR0025445 | 1/04 | Inorganic Nitrogen, Copper, Silver, Phenolics |
| State Road 710 | 8/05 | Turbidity, Phenolics, effluent % BOD, Inorganic Nitrogen, fluorite, Copper, Manganese, Silver, DO, Flow MGD, Residual Chlorine |
| GUAYANILLA   PR0020494 | 1/04 | Copper, Phenolics, Ammonia & Ammonium |
| Munoz Riviera Street, Guayanilla | 8/05 | Oil & Grease, Ammonia & Ammonium Flow MGD |
| HUMACAO REGIONAL   PR0025399 | 4/03 | Total Coliform |
| State Road 3, Km. 77.2, Humacao | | |
| ISABELA   PR0022250 | 2/04 | Chlorine, Turbidity, BOD, TSS, pH |
| State Road 466, Isabela | 9/05 | Residual Chlorine, %TSS, TSS (maximum weekly average) Fecal Coliform, Cyanite, BOD - 5 day % |
| JAYUYA   PR0020541 | 1/04 | Chlorine, Coliform Total, Turbidity |
| State Road 144, Km. 20, Jayuya | 11/05 | Chlorine, Total Coliform |

| Wastewater Treatment Plant / NPDES Permit Number / Plant Location | DMR Mo/Yr | NPDES PERMIT VIOLATIONS BY PARAMETER |
|---|---|---|
| JUNCOS   PR0020567 | 2/04 | Color, Copper, Ammonia, Phosphorus, Cyanide, Phenolics, Surfactants |
| Delfaus Street, Juncos | 8/05 Rev'd for month of Jan. 05 | Color, Copper, Phosphorus, Mercury, Fecal Coliforms (#/100ml) % Fecal Coliforms, Total Coliforms (#/100ml), Cyanite, Phenolics |
| LAJAS   PR0020575 | 1/04 | Residual Chlorine, Total Coliform, Color, Phosphorus, Copper, Zinc, Phenolics, Ammonia |
| State Road 101, Km. 2.4, Lajas | 8/05 | Residual Chlorine, Phenolics, Phosphorus |
| LARES   PR0025879 | 2/04 | Chlorine, Phenolics, Color, Surfactants, Phosphorus, Mercury, BOD, Arsenic, Total Coliform |
| State Road 452, Lares | | |
| LAS MARIAS   PR0020583 | 12/03 | Nitrate & Nitrite, Phosphorus, Residual Chlorine |
| State Road 119, Km. 27.4, Las Marias | 8/05 | Phosphorus |
| LUQUILLO (BRISAS DEL MAR) PR0021695 | 4/04 | Flow MGD, Copper |
| State Road 3, Km. 30.1, Luquillo | 8/05 | Flow MGD, Residual Chlorine, Copper |

| Wastewater Treatment Plant NPDES Permit Number / Plant Location | DMR Mo/Yr | NPDES PERMIT VIOLATIONS BY PARAMETER |
|---|---|---|
| MARICAO   PR0020648 State Road 357, Km. 2, Maricao | 12/03 | Residual Chlorine (Code 8 - not reported for Barium copper, Lead, Manganese, Silver |
|  | 8/05 | Phenolics |
| MAUNABO   PR0020656 | 1/04 | Color, Total Coliform, BOD Daily Avg., BOD Max., BOD Percent Removal, Ammonia, Surfactants, Residual Chlorine, Flow MGD, Dissolved Oxygen |
| State Road 3, Km. 106.3, Maunabo | 8/05 | Turbidity, Color, TSS average MG/L, TSS max mg/l, TSS loading kg/l, %TSS mg/l, BOD loading kg/l, % BOD, Oil & Grease mg/l (average & max) Fecal & Total Coliform |
| MAYAGUEZ REGIONAL   PR0023795 State Road 2, Mayaguez | 3/04 | Arsenic, Copper, Flourides, Lead, Manganese, Mercury, Total Nitrogen, pH, Phenolic Substances, Silver, Surfactants, Turbidity, Zinc |
| MOROVIS   PR0020711 | 2/04 | Residual Chlorine, Flow, Surfactants, Arsenic, Copper, Phenolics, Color, BD Percent Removal, BOD Load Avg., BOD Concentration Avg., BOD Load Max., BOD Concentration Max. |
| State Road 155, Km. 5.0, Morovis | 8/05 | Residual Chlorine, Flow MG, BOD maximum load, (kg/day) BOD average concentration (ml/l BOD average load (kg/day), REM BOD RFM TSS, surfactants, color, TSS average load (kg/day), TSS average concentration (mg/l) TSS maximum load (kg/day), Phenolics, Copper, Fecal Coliforms, Total Coliforms, Mercury |

| Wastewater Treatment Plant NPDES Permit Number / Plant Location | DMR Mo/Yr. | NPDES PERMIT VIOLATIONS BY PARAMETER |
|---|---|---|
| NARANJITO   PR0020737 | 2/04 | Residual Chlorine, Phosphorus, Phenolics, Flow MGD, Fecal Coliforms, Total Coliforms |
| State Road 164, Km. 5.3, Naranjito | 8/05 | Phosphorus, Solids Suspended (max), Mercury, Phenolics, Arsenics, Residual Chlorine |
| OROCOVIS   PR0020745 | 1/04 | Color, Ammonia & Ammonium, Residual Chlorine |
| State Road 155, Km. 28.7, Orocovis | 8/05 | Arsenic, Residual Chlorine |
| PATILLAS   PR0020753 | 1/04 | Color, Ammonia, Phenolics, Phosphorus, Mercury, Copper, Lead, Turbidity |
| State Road 3, Km. 126.5, Patillas | 8/05 | Phosphorus, Phenolics, Color, Effluent BOD monthly average (mg/l), Effluent BOD Max Weekly Average, Effluent BOD %, Ammonia, Surfactants, TSS Average, TSS max, Oil & Grease (average & max) Mercury |
| PENUELAS   PR0020761 | 2/04 | Phosphorus, Residual Chlorine |
| State Road 132, Km. 12.4, Penuelas | 8/05 | Oil & Grease, Residual Chlorine |
| PONCE REGIONAL   PR0021563 | 3/04 | Phenolics, Zinc, Flow, Dissolved Oxygen |
| State Road 2, Ponce | 8/05 | Copper |

| Wastewater Treatment Plant NPDES Permit Number / Plant Location | DMR Mo/Yr. | NPDES PERMIT VIOLATIONS BY PARAMETER |
|---|---|---|
| PUERTO NUEVO REGIONAL  PR0021555 Road 2, Km. 2, J.F. Kennedy Ave., San Juan | 2/04 | Copper, Oil & Grease |
| RIO GRANDE ESTATES   PR0023264 | 12/03 | Residual Chlorine, Flow MGD, Surfactants, Copper |
| State Road 3, Km. 280, Rio Grande | 8/05 | Flow MGD, Residual Chlorine, Copper, Surfactants BOD (mg/l) (kg/day) |
| SABANA GRANDE   PR0025542 | 12/03 | BOD mg/l, TSS mg/l, Flow, Total Coliform, Copper, Phenolics |
| State Road 2, Km. 182.6, Sabana Grande | 8/05 | Mercury, BOD 5-day % removal, Copper, Phenolics, Surfactants, Flow MGD, Nitrate plus Nitrate, Phosphorus, Cyanide, Color, BOD 5-day (effluent gross value) |
| SAN GERMAN   PR0020818 | 2/04 | Residual Chlorine, Phosphorus, Ammonia, Copper, Flow, BOD mg/l Weekly Avg., BOD kg/day Weekly Avg. |
| State Road 360, Km. 1.4, San German | 8/05 | Phenolics, Phosphorus, Residual Chlorine, Color, Surfactants, Sulfie, Nitrate & Nitrate , Flw MGD |
| SAN LORENZO   PR0020834 | 1/04 | Sulfide, Copper, Cyanide, Manganese, Phenolics, |
| State Road 183, Km. 9.5, San Lorenzo | 8/05 | TSS, Copper, Phenolics, Residual Chlorine, Solids Suspended Percent Removal |

| Wastewater Treatment Plant NPDES Permit Number / Plant Location | DMR Mo/Yr | NPDES PERMIT VIOLATIONS BY PARAMETER |
|---|---|---|
| SAN SEBASTIAN (NEW) PR0025551 | 1/04 | Color, Manganese, Phenolics, Copper, Fecal Coliform, Total Coliform, Total Residual Chlorine |
| Route 125, San Sebastian | 8/05 | Cyanite, Copper, Lead, Phenolics, Surfactants, Residual Chlorine |
| SAN SEBASTIAN (OLD) PR0020851 | 1/04 | Color, pH, Phosphorus, Arsenic, Copper, Mercury, Total Residual Chlorine |
| State Road 109, Km. 29, San Sebastian | 8/05 | Cyanite, Arsenic, Phenolics, Copper, Mercury, Residual Chlorine |
| SANTA ISABEL PR0023761 | 12/03 | Turbidity NTU, Dissolved Oxygen, BOD mg/l Month Avg., BOD kg/day Weekly Avg., BOD Percent Month Avg., pH SU, TSS mg/l Month Avg., TSS kg/day Weekly Avg., TSS Percent Month Avg., Nitrogen, Cyanide, Copper, Zinc, Phenolics, Flow MGD, Total Residual Chlorine, Total Coliform, Fecal Coliform |
| State Road 538, Km. 0.5, Santa Isabel | 8/05 | Nitrogen, Phenolics, Surfactants, Coliform Fecal #/100ml, Coliform Total #/100ml, Cyanide |
| TOA ALTA PR0020869 | 12/03 | Residual Chlorine, Phosphorus, Phenolics |
| State Road 676, Km. 1.8, Toa Alta | 8/05 | Manganese, Mercury, Residual Chlorine, Flow MGD |

| Wastewater Treatment Plant NPDES Permit Number / Plant Location | DMR Mo/Yr | NPDES PERMIT VIOLATIONS BY PARAMETER |
|---|---|---|
| TOA ALTA HEIGHTS   PR0022144 | 1/04 | Residual Chlorine, Color, Flow MGD, Phenolics, Turbidity NTU, Mercury, Dissolved Oxygen, Ammonia, Fecal Coliform, Total Coliform, Oil & Grease, BOD mg/l, Phosphorus |
| 29th Street, Toa Alta | 10/05 | Suspended solids (loading monthly average) Suspended solids (loading weekly average) Suspended solids (monthly average) Suspended solids (weekly average) Suspended solids (minimum percent) BOD loading monthly average BOD loading weekly average BOD monthly average BOD weekly average BOD minimum percent Color, Oil & Grease, (monthly & daily average), Phosphorus, Arsenic, Phenolics, Mercury, Coliform Fecal % Maximum, Coliform Fecal GEO, Coliform Fecal General, Ammonia, Residual Chlorine, Dissolved Oxygen, Flow MGD |
| UNIBON   PR0024902 | 12/03 | Residual Chlorine, Flow MGD, Ammonia |
| State Road 159, Km. 15.9, Morovis | 11/05 | Residual Chlorine, Flow MGD, Ammonia, Color, Surfactants |
| UTUADO   PR0020915 | 12/03 | Chlorine, Copper, Surfactants |
| State Road 10, Km. 50.5, Utuado | 11/05 | Chlorine, Total Coliform, % Coliform, Fecal Coliform, Fecal Coliform, Surfactants |

| Wastewater Treatment Plant NPDES Permit Number / Plant Location | DMR Mo/Yr | NPDES PERMIT VIOLATIONS BY PARAMETER |
|---|---|---|
| VEGA ALTA   PR0020923 | 1/04 | Residual Chlorine, Phenolics, Ammonia, Copper, Phosphorus, Mercury |
| State Road 690, Km. 2, Vega Alta | 8/05 | Copper, Ammonia, Mercury, Residual Chlorine, Flow MGD |
| VEGA BAJA   PR0021679 | 12/03 | Dissolved Oxygen, Ammonia, Flow, Residual Chlorine, Arsenic, Surfactants, Phenolics, Copper, Manganese, Color, Mercury, Phosphorus |
| State Road 3, Km. 83.6, Vega Baja | 8/05 | Dissolved Oxygen, BOD Average load, BOD average concentration, Residual Chlorine, Flow MGD, REM BOD, REM TSS, BOD max load, Phosphorus, Copper, Mercury, Surfactants, Phenolics, Ammonia & Ammonium, Color, BOD max concentration, TSS average load, TSS max load, TSS Average concentration, TSS max concentration Code 8- not report for: Arsenic, Cadmium, Manganese |
| VIEQUES   PR0025453 | 12/03 | Residual Chlorine, pH SU, Copper, Zinc |
| State Road 993, Km. 2.5, Vieques | 8/05 | Flow MGD, Nitrogen, Copper, Turbidity |
| YABUCOA   PR0021717 | 2/04 | Color, BOD, TSS, BOD Percent Pemoval, TSS Percent Removal, Phosphorus, Phenolics, Copper, Mercury, Ammonia, Fecal Coliform, Total Coliform |
| State Road 901, Km. 0.1, Yabucoa | 8/05 | Color, Dissolved Oxygen, BOD (5-day) (mg/l) TSS (effluent gross value) (mg/l) Residual Chlorine, #/100ML, Fecal Coliform (effluent #100 ML, Phenolics, Lead, Surfactants, Fecal Coliform (%), % BOD, % TSS |

| Wastewater Treatment Plant / NPDES Permit Number / Plant Location | DMR Mo/Yr | NPDES PERMIT VIOLATIONS BY PARAMETER |
|---|---|---|
| YAUCO   PR0021661<br><br>State Road 335, Km. 1.1, Yauco | 1/04 | Turbidity NTU, Color, BOD mg/l Month Avg, BOD mg/l Weekly Avg, BOD kg/day Month Avg, BOD kg/day Weekly Avg, BOD Percent Removal, TSS mg/l Month Avg, TSS mg/l Weekly Avg, TSS Kg/day Month Avg, TSS kg/day Weekly Avg, TSS Percent Removal, Arsenic, Copper, Lead |
| | 8/05 | Color, Dissolved Oxygen BOD ml/l BOD kg/day, BOD Percent TSS mg/l, TSS kg/day, TSS Percent Cyanide, Arsenic, Copper, Manganese, Phenolics, Flow MGD, Residual Chlorine |

Note: Only Paramaters for which violations exist on the specific Discharge Monitoring Report for each Wastewater Treatment Plant are listed.  The number of violations for each such Parameter is not listed.  Many Parameters involve more than one day of violation.



## COMPLIANCE EVALUATION INSPECTIONS SUMMARY
## FOR PRASA's WASTEWATER TREATMENT PLANTS

| FACILITY | INSPECTION DATE | MAJOR FINDINGS |
|---|---|---|
| Adjuntas PR0020214 | March 15, 2004 | The facility has an infiltration problem, during rain events the plant exceeds it's treatment capacity.  Sludge handling practices are very poor at the plant.  One of the chlorine contact chamber and the chlorine alarm were out of service. Effluent quality was poor. |
| Aguadilla PR0023736 | March 17, 2004 | Facility in very good operational conditions.  However, the facility do have an infiltration/inflow problem that must be corrected. |
| Aguas Buenas PR0020273 | January 30, 2004 | The digester of both trains hasn't been emptied because the air lift to dewater is clogged.  Since 01/08/2004 sludge has not been transferred from the digester to the drying beds.  The grit removal system is broken.  Spray froth system was clogged.  Scum collector was clogged.  Sludge pumps used to transfer from the digester to the drying beds are broken since 12/17/03. |
| Aibonito PR0025461 | April 13, 2004 | Submersible pump #2 is out of service (of 3 pumps).  Primary clarifier #1 and #2 have scum pit full.  The mechanical arms of the biofilters were clogged.  There were solids observed in the effluent discharged.  No inffluent flow meter available.  Gas incinerator has been out of service for the last 2 years.  There is lime present in the Chorine contact chambers. |
| Alturas de Orocovis PR0023001 | April 28, 2004 | The bar screens were clogged.  The three mechanical blowers do not work in automatic mode only manually.  The comminutor was out of service. |
| Arecibo PR0023710 | February 10,2004 | Mechanical bar screen #1 (out of two) was out of service. Influent pump #3 was out of service (one our of three pumps).  Sludge transfer pump #1 (out of three pumps) was out of service. degritter #2 out of service for cleaning (one out of two).  Thickener #1 (one out of two) was totally out of service, needs overall refurbishment.  In general, the operational status of the plant is very good. |
| Barceloneta PR0021237 | January 13, 2004 | The grit removal system was out of service but being repaired. |
| Barranquitas PR0025861 | April 13, 2004 | Degritters (two) out of service;  #1 does not remove sand, #2 pump transmission is out of service.  Comminutor is out of service.  Final clarifiers #1 and #2 may need maintenance, pumps make a whirring sound.  Filter press is out of service. |

| FACILITY | INSPECTION DATE | MAJOR FINDINGS |
|---|---|---|
| Bayamon PR0023728 | November 5,2003 | Sludge withdrawal from thickeners very low or insufficient. The thickeners performance was very poor. Clarifier #2 and #6 were gasifying. Pumps #1 and #2 were out of service. The chlorine dose was low. Housekeeping was poor. Only one mechanical bar screen was available for service (one out of two). Two blowers out of three for the degritters were out of service. |
| Boqueron PR0023442 | April 7, 2004 | One of the three mechanical blowers was out of service. The scum pit of the clarifier was clogged. Effluent produced was clear but with solids present. |
| Borinquen Rural PR0025101 | February 4, 2004 | Degritter out of service since 09/18/03. 1 RBC out of service since 11/17/03. The squeegee of the scum collector in the primary clarifier were not aligned, consequently were not removing any scum. Final clarifier had algae growth and live larvae. The digester was taken off line to dewater it because there was no space in drying beds. |
| Caguas PR0025976 | February 27, 2004 | In general, the performance of the plant is of concern. Chlorine contact chamber #3 had a high content of sludge, some of which was being discharged through the effluent. This, of course, is related to the poor sludge management practices in the plant. All clarifiers had a very high sludge blanket, over 8 feet. the filter press available (one of two) is not sufficient to handle all the sludge produced at the plant. Many other equipment and treatment units were out of service. |
| Camuy PR0023744 | February 11, 2004 | In general, the plant is operating with only one treatment train. The equipment/process units, out of service are the following: problems with entrance, electrical panel, wet well very dirty, primary clarifier 101, intermediate pump #2, #3 and #4 out of service, intermediate biofilter 102, intermediate clarifier #2, final clarifier 102. |
| Carolina PR0023752 | April 28, 2004 | One of the two mechanical bar screens was out of service. The grit removal system is working but not removing sand effectively. System must be refurbished. One of the two sludge belt filter presses was out of service. Only two of the twelve clarifiers were operable, effluent quality was very poor. |
| Cayey PR0025356 | February 25, 2004 | One of the 2 non-potable water pumps is out of service. |
| Ceiba PR0020419 | March 17, 2004 | The grit removal system has been out of service since 1999. One of the two exhaust fan of the influent channel was out of service. The scum removal system of the clarifier was clogged. The alternate power unit did not work when tested. |

| FACILITY | INSPECTION DATE | MAJOR FINDINGS |
|---|---|---|
| Ciales PR0020427 | January 20, 2004 | Of concern is the replacement of the clarifiers sludge scraper chain which were producing and annoying noise. Equipment out of service includes: influent pump #3(out of three); blower #1 (out of three); Air leaks from main air line; drying beds lack a roof; sludge management not sufficient to maintain a treatment balance. High sludge blanket inside the clarifiers and digester. |
| Comerio PR0025658 | April 20, 2004 | Effluent flow meter is out of service. Secondary sludge pump is out of service. Of 2 degritters 1 is out of service. The primary clarifiers had lime growth throughout the weirs, operator said lime is cleaned from tank twice a week. On the secondary trickling filters there is and excessive zoogleal growth. |
| Corozal PR0020451 | March 10, 2004 | The following equipment was out of service: effluent flow meter, one of the two recirculation pumps, the grit removal system, the ventilation system of the influent channel, the spray froth system of the two plants within site and one of the clarifiers. Effluent produced was of a very poor quality. |
| Dorado PR0020460 | March 1, 2004 | The following treatment units were of service: one of the two biofilter, one final clarifier and the grit removal system. |
| El Torito PR0023779 | March 10, 2004 | The comminutor is out of service (since over a year). One of the two blowers is defective; it made a squeaking sound since 3/2/04; However it is in operation. Dry sludge is hauled to BFI landfill in Ponce. The diffusers are defective(3; aeration tank). Influent flow meter give unreliable measurements. The spray froth system of the aeration tank is clogged in 2/9/03. Sand filter is out since 9/4/03 however, according to the plant operator, it will be eliminated. |
| Fajardo PR0021709 | March 17, 2004 | The two comminutors were out of service. Two mechanical blowers of the package plant are out of service, affecting wastewater treatment. The effluent produced by the package plant was of very poor quality. The surface of the biofilter contained a lot of garbage. The effluent flowmeter needs calibration. |
| Guanica PR0020486 | April 7, 2004 | The comminutor and grit removal system were out of service. Two of the three mechanical blowers were out of service. The two sludge drying beds were full of wet sludge. The alternate power unit was out of service. |
| Guayama PR0025445 | March 10, 2004 | There are some critical equipment that must be repaired in order to avoid non-compliance. The two mechanical bar screens are not working since November, 2003. One of the five influent pump was out of service. One of the primary clarifiers, one of the biofilters and one of the secondary clarifiers were out of service. Repairs have not been done due to lack of personnel at the facility. Most of the pants to do the repairs are on site. |

| FACILITY | INSPECTION DATE | MAJOR FINDINGS |
|---|---|---|
| Guayanilla PR0020494 | March 29, 2004 | 1 of 2 comminutors operable. Both grit removal mechanisms not operable. Sludge Belt filter press never put into service; Plant A digested sludge cannot be moved to drying beds due to line blockage. Plant B secondary clarifier sludge cannot be pumped out due to pump failure; sludge buildup in Plant B final tank. |
| Humacao PR0025399 | March 24, 2004 | No equipment out of service. Polymers are not used as part of the Standard Operating Procedures (is not needed). MAXIMO hasn't been implemented, however a manual procedure is in place for the preventive maintenance of plant. |
| Isabela PR0022250 | February 26, 2004 | In general, the plant performance is very bad. One train for treatment (out of two) was totally out of service. The comminutors and bar screens were out of service, allowing the entrance of a high content of debris to the treatment basins. The effluent quality was very poor. The sludge pumps in the past would get clogged continuously. Much of the equipment out of service. The clarifiers performance very bad. The operators lack sufficient training as well as the supervisor. Clarifier #3 out of service. degritter out of service. Record keeping is very sloppy. |
| Jayuya PR0020541 | April 6, 2004 | The comminutor was out of service. The aeration tank of the package plant has vegetation growth. The effluent flowmeter was out of service. The chlorine supply area is open and exposed to oxidation. |
| Juncos PR0020567 | January 26, 2004 | Scum collector out of service since 4/14/03. comminutor #1 our of service since 9/22/03; comminutor #2 our since 4/12/03 degritter #1 and #2 out since 1998. Entrance pump #3 out of service since 10/01/03; entrance pump's control panel has problems with the digital screen since 02/06/03. Blower #4 is out of service since 12/08/03. Diffusers in the aeration tank are very corroded and the air is escaping. The plant has been performing partial treatment since 01/08/04 to 01/30/04 because the blower that is out of service. |
| La Parguera | March 29, 2004 | High chloride concentrations in influent due to sea water infiltration; grit removal mechanism inoperable (grit is vacuumed out); 4 old sand filters being used, allowing some ground percolation; some spray nozzles to percolation field clogged; some solids in effluent. |
| Lajas PR0020575 | March 29, 2004 | Plant under expansion from 0.6 MGD to 3.0 MGD. Comminutor operable; grit removal mechanism not operable (grit is vacuumed out); 4 influent pumps: 3 operational, 1 inoperable; aeration operable (all 3 blowers operable; effluent clear. |
| Lares PR0025879 | April 6, 2004 | One of the three influent pumps was out of service. One of the two primary clarifiers was out of service. Facility with very poor sludge handling. |
| Las Marias PR0020583 | April 7, 2004 | The weirs of the secondary clarifier were misaligned. Effluent quality was very good. |

| FACILITY | INSPECTION DATE | MAJOR FINDINGS |
|---|---|---|
| Luquillo (Brisas del Mar) PR0021695 | January 31, 2004 | Belt filter press is out since 10/31/03. Scum collector is clogged. degritter #1 and #2 out of service for more than 3 years. One motor of aeration tank #2 is out since 11/16/03. Non-potable water pumps out of service for over a year. Spray froth system of aeration tank is our. 2 digester mixers are out. |
| Maricao PR0020648 | April 7, 2004 | The transfer switch of the alternate power unit was out of service. |
| Maunabo PR0020656 | April 5, 2004 | The scrapper arm of the primary clarifier was out of service. The package plant was overloaded with solids and grease and out of service. Effluent quality very poor, visible solids and foam. |
| Mayaguez PR0023795 | March 18, 2004 | The grit removal system was out of service. One of the primary clarifiers was out of service. There is a very serious seepage problem through the walls of the influent channel. |
| Morovis PR0020711 | December 10, 2003 | In general, the plant performance is very bad and not expected for this type of plant (secondary treatment plant). The biofilter (only on available) was ponding and flooded, not operating as intended. The plant has exceeded it's design flow capacity and is continuously exceeding the permit limits (effluent limits). The plant need to be rehabilitated and expanded. |
| Naranjito PR0020737 | April 20, 2004 | In preliminary treatment, one of 2 bar screens was remove due to corrosion of the screen. Of 3 raw sewage pumps one has seals broken and leaks water. Also, electrical wiring is exposed and is a hazard to operator. There are 3 blowers, only one is needed to aerate the mix liquor tanks. Clarifier #2 (out of 3) is out of service, skimmers are being replaced. Spray system was turned off on Clarifier #3. |
| Orocovis PR0020745 | March 18, 2004 | The pipe that supplies air to the aeration tank and sludge digester has many leaks affecting the aeration provided for effective treatment. The automatic chlorination system was out of service. |
| Patillas PR0020753 | March 10, 2004 | Facility in very poor operational condition. Bar screens have not been cleaned in over two years. Comminutor out of service. The primary clarifier was taken off-line on February, 27, 2004. 3 of the 7 RBC's are out of service. The effluent quality is very poor. Major rehabilitation of the treatment components of the facility needed. |
| Penuelas PR0020761 | March 29, 2004 | The 1 comminutor operable; grit removal mechanism operational 3 influent pumps: 2 operable 1 out of service; All 3 blowers operable; clarifier and skimmer mechanism operable; Only 1 of 2 sludge pumps (which convey sludge to belt filter press) operable; effluent clear. |
| Playa Santa -Guanica | March 4, 2004 | One of the three influent pumps was out of service. |

| FACILITY | INSPECTION DATE | MAJOR FINDINGS |
|---|---|---|
| Ponce PR0021563 | March 4, 2004 | One of the five influent pumps was out of service. The roof of the digester roof which collapsed in 2000 has not been fixed. One of the aerators of the septage receiving station was out of service. There was a leak in the wall of the grit chamber. |
| Puerto Nuevo PR0021555 | January 30, 2004 | Facility with major operational problems. 1 of the 3 mechanical Ban Screens was out of service. Only 2 of the 5 influent pumps were in service. Only 7 of the 14 primary clarifiers were in service. 4 of the 6 effluent pumps were not in service. 2 of the 4 belt Filter Presses were operational. One of the sludge pumps and 1 of the scum pumps were out of service. |
| Rio Grande Estates PR0023264 | March 31, 2004 | As of 12/03 the following items were accomplished (based on findings of a 3/5/03 EPA inspection and 4/21/03 EPA inspection). Repaired sludge drying bed roof, installed 2 new comminutors, replaced control panel, repaired air blower, installed 8 new surface aerators, installed 4 new sludge recirculation and 3 new scum pumps. Both pumps station influent pumps operational; effluent clear. |
| Sabana Grande PR0025542 | March 29, 2004 | Both grit removal units operational; 1of 2 comminutors operable; 3 influent pumps: 1 operable, 2 inoperable (according to operator, this just occurred. Note: Repairs under way during inspection). Lagoon #1: 5 of 6 mixers operable. Lagoon #2: 4 of 5 mixers operable; Lagoon liners need replacement; hyacinth plants used as final clarifier; Effluent: solids free, chlorophyll-colored. |
| San German PR0020818 | March 29, 2004 | Bar screen operable; grit removal mechanism out of service (grit is vacuumed out); All 3 800 GPM influent pumps operable. Both comminutors operable. All blowers operable; Units in old plant (activated sludge) and new plant (contact stabilization) are operable: effluent clear. |
| San Lorenzo PR0020834 | February 4, 2004 | Blower #4 is out of service since 5/26/00. Blower #2 tripped-off very often. Air diffusers of aeration tank #1 are clogged. Scum collector clogged since 10/14/03. Spray froth system out since 02/04/01, pumps are burned. degritters #1 and #2, out of service, as a consequence too much sand enters the system. There is not enough retention time in the digester. The plant is receiving too much organic material and sand. |
| San Sebastian New PR0025551 | March 31, 2004 | The grit removal system was out of service. The facility has a very serious infiltration/inflow problem, during periods of heavy rain, the facility's flow increase dramatically. |
| San Sebastian Old PR0020851 | March 31, 2004 | The bar screen and influent channel sluice gates were out of service. The scum collector of the primary clarifier was out of service. Package plant heavily corroded. |

| FACILITY | INSPECTION DATE | MAJOR FINDINGS |
|----------|-----------------|----------------|
| Santa Isabel PR0023761 | March 17, 2004 | Facility in poor condition. The effluent flow meter that measures the flow from both plants is defective, the operator adds the flow measurement from both plants to measure flow. There is no influent flow meter. The two digester compressors have been out of service for several years; the methane gas burning system is out of service. Chlorination system is defective and has some leaks. Exterior lighting of facility is defective. Facility lacks fence around it. Secondary biofilter #3 was leaking through the seal. The degritter system was not removing and acceptable level affecting the rest of the system and equipment. Record keeping of equipment that is out of service is being done in the operators log book and not a separate sheet. There are only five drying beds with no roof. During rainy periods there aren't any drying beds available to dispose of the sludge; the situation is worst when there are no trucks available to hold the wet sludge. The influent well is flooded during peak hours; facility |
| Toa Alta Heights PR0022144 | September 17, 2003 | Facility in very poor operational conditions. The grit removal system was out of service. The plant is currently overloaded and unable to achieve compliance with secondary treatment requirements. Sludge handling practices are deficient and effluent quality is very poor. |
| Toa Alta PR0020869 | January 30, 2004 | The sludge handling is of high concern. Although the packaging plant was producing on excellent effluent, it could be affected due to the high sludge blanket at the clarifier. Other equipment out of service. |
| Unibon-Morovis PR0024902 | January 21, 2004 | In general, the plant performance is very good. However, the sludge management is of high concern. Sludge should be withdrawn from the plant more frequently. Equipment/processes out of service were: air diffuser for digester and aeration chamber, air leaks in manifold that supplies air to the diffusers, a high content of sludge in the digester tank and excessive chlorine application. |
| Utuado PR0020915 | April 6, 2004 | The steel grating around the trickling filter is heavily corroded and needs replacement. One of the three influent pumps was out of service. |
| Vega Alta PR0020923 | February 9, 2004 | The sludge management is of concern. The plant produces a very good effluent. Of concern is the wet pit, which contained a high content of debris; the influent pumps, which out of three, only one pump was ready for use; and the degritters that were completely our of service. Other equipment out of service: blower #1, out of three blowers. |
| Vega Baja PR0021679 | December 9, 2003 | In general, the performance of the plant was poor. Out of two biofilters, #1 was out of service, #2 was receiving a very high flow; the performance of the biofilters was very bad. Problems with the operation of the plant during weekends. Plant capacity has been exceeded. Sludge management is of concern. |

| FACILITY | INSPECTION DATE | MAJOR FINDINGS |
|----------|-----------------|----------------|
| Vieques PR0025453 | July 29, 2004 | The alternate power unit was out of service. The thermometer of the influent and effluent autosamplers were past calibration. |
| Yabucoa PR0021717 | April 5, 2004 | One of the three influent pumps was out of service. The dry well of the influent pumps was flooded. The secondary tank and the chlorine contact chamber of the package plant was out of service. The package plant was overloaded with grease and scum. The clarifier contained bulking sludge. |
| Yauco PR0021661 | April 8, 2004 | The comminutor and grit removal system were out of service. The dry well of the influent pumps was flooded. Only one of the three influent pumps was in service. The trickling filter treatment train was no operable. The package plant was in service but overloaded and effluent quality was poor. The alternate power unit was out of service. |



| Wastewater Treatment Plant/ Collection System | Date(s) of Unlawful Discharge | Cause of Unlawful Discharge | Receiving Body of Water |
|---|---|---|---|
| JUNCOS WWTP PR0020567 | 08/30/04 | Broken Sewer line | Valenciano River |
| | 03/27 - 04/07/05 | Clogged sewer line | Valenciano River |
| | 09/23 - 10/11/05 | Broken sewer line | Valenciano River |
| | 03/01 - 03/08/06 | Broken sewer line | Valenciano River |
| BAYAMON REGIONAL WWTP PR0023728 | 04/08/04 | Broken sewer line | Cerro Gordo Creek |
| | 04/10/04 | Broken sewer line | Storm drain to unidentified creek |
| | 03/06/-03/08/05 | Broken sewer line | Bayamon River |
| | 03/03-03/08/06 | Clogged sewer line | Bayamon River |
| | 10/26/05 | Clogged sewer line | Storm drain to unidentified creek |
| LA PARGUERA WWTP | 9/18-9/19/05 | Clogged sewer line | Caribbean Sea |
| ISABELA WWTP PR0022250 | 06/26-06/28/05 | Clogged sewer line | Storm drain to unidentified creek |
| SAN SEBASTIAN WWTP PR0025551 | 3/10 - 3/14/05 | Broken sewer line | Culebrinas River |
| | 10/14-10/15/05 | Broken sewer line | Culebrinas River |

| Wastewater Treatment Plant Collection System | Date(s) of Unlawful Discharge | Cause of Unlawful Discharge | Receiving Body of Water |
|---|---|---|---|
| AGUADILLA REGIONAL PR0023736 | 6/23 - 6/25/05 | Clogged sewer line | Unidentified creek |
| | 10/13/05 | Clogged sewer line | Storm drain to Atlantic Ocean |
| | 10/17-10/18/05 | Collapsed sewer line | Atlantic Ocean |
| | 02/06/06 | Clogged sewer line | Storm drain to unidentified creek |
| UNIBON WWTP PR0024909 | 06/02/04 | Clogged sewer line | Unibon River |
| | 03/12/05 | Clogged sewer line | Unibon River |